# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

SPECIALIZED LOAN SERVICING LLC    *

v.                                *    Case No. 8:19-cv-03487-PJM

Kreshtool, ESQ. et al.            *

                                  *

## CERTIFICATE OF SERVICE

I hereby certify that on __June 26, 2020__, a copy of __ANSWER OF MATTHEW C. BROWNDORF__ which was electronically filed in this case on __June 24, 2020__, was mailed via first class mail, postage prepaid, to __Michael Jay Schrier at Duane Morris, LLP 505 9th Street, NW, Suite 1000, Washington, DC 20004__

June 26, 2020
Date

Signature

Matthew C. Browndorf
Printed Name and Bar Number

18400 Von Karman, 10th Floor
Irvine, CA 92612
Address

mcbrowndorf@plutossama.com
Email Address

(212) 203-6788
Telephone Number

Fax Number

JUL 0 1 2020

AT _____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                            DEPUTY

CertificateofService (06/2016)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SPECIALIZED LOAN SERVICING LLC         *

                                        *

v.                                      *      Case No. 8:19-cv-03487-PJM

Kreshtool, ESQ. et al.                  *

                                        *

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, a copy of ANSWER OF ANDREW R. CORCORAN which was electronically filed in this case on June 24, 2020, was mailed via first class mail, postage prepaid, to Michael Jay Schrier at Duane Morris, LLP 505 9th Street, NW, Suite 1000, Washington, DC 20004.

June 26, 2020
Date

Signature

Andrew R. Corcoran
Printed Name and Bar Number

3914 Blackthorn Street
Chevy Chase, MD 20815
Address

acorcoran@plutossama.com
Email Address

(212) 203-6788
Telephone Number

Fax Number

JUL 0 1 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

CertificateofService (06/2016)